IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW CAVUTO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | No. 13-CV-7433 |

ORDER

AND NOW, this 16th day of March, 2015, upon consideration of plaintiff's motion for summary judgment, defendant's response, plaintiff's reply, defendant's response to plaintiff's reply, plaintiff's objections and defendant's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. Plaintiff's objections to the Report and Recommendation are DENIED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Plaintiff's Request for Review is DENIED.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.
UNITED STATES DISTRICT JUDGE